# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No. 2:22-cv-00044-MCE-KJN<br><br>**ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Upon consideration of the parties' Joint Motion to Enlarge Time for Defendants to Respond to Complaint, and finding good cause appears therefore,

IT IS HEREBY ORDERED THAT:

1. The Joint Motion is granted; and

2. CHD's deadline to answer, move or otherwise respond to the Complaint is enlarged to and including March 11, 2022;

3. Plaintiff's deadline to oppose CHD's responsive pleading is April 11, 2022; and

4. CHD's deadline to reply to Plaintiff's opposition is May 2, 2022.

IT IS SO ORDERED.

Dated: February 3, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:22-cv-00044-MCE-KJN