# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No. 2:22-cv-00044-MCE-KJN<br><br>**ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

Upon consideration of the parties' Joint Motion to Enlarge Time for Defendant to Respond to First Amended Complaint, and finding good cause appears therefore,

IT IS HEREBY ORDERED THAT:

1. The Joint Motion is GRANTED; and

2. CHD's deadline to move to dismiss the First Amended Complaint is enlarged to and including May 11, 2022;

3. Plaintiff's deadline to oppose CHD's motion to dismiss is June 10, 2022; and

4. CHD's deadline to reply to Plaintiff's opposition is June 24, 2022.

**IT IS SO ORDERED.**

Dated: April 6, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:22-cv-00044-MCE-KJN