UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-00044-MCE-KJN<br><br>**ORDER GRANTING SECOND JOINT MOTION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　Upon consideration of the parties' Second Joint Motion to Enlarge Time for Defendant to Respond to First Amended Complaint, and finding good cause appears therefore,

　　IT IS HEREBY ORDERED THAT:

　　1.　The Second Joint Motion is GRANTED;

　　2.　CHD's deadline to move to dismiss the First Amended Complaint is enlarged to and including May 23, 2022;

　　3.　Plaintiff's deadline to oppose CHD's motion to dismiss is June 22, 2022; and

　　4.　CHD's deadline to reply to Plaintiff's opposition is July 8, 2022.

　　IT IS SO ORDERED.

**Dated:  May 2, 2022**

_/s/ Morrison C. England, Jr._
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:22-cv-00044-MCE-KJN