

United States District Court
Eastern District of California

| SHARI VANCE | Case Number: 2:22-cv-44-MCE-KJN |

Plaintiff(s)

V.

| CHURCH & DWIGHT CO., INC. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nick Suciu III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Shari Vance

On 11/12/2008 (date), I was admitted to practice and presently in good standing in the Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Dawood v. NPR (2:22-cv-591) - 6/14/22 - Granted; Burbank v. Golo, LLC (1:21-cv-492) - Granted

Date: 08/02/2022        Signature of Applicant: /s/ Nick Suciu III

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nick Suciu III |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 6905 Telegraph Road |
| | Suite 115 |
| City: | Bloomfield Hills    State: MI    Zip: 48301 |
| Phone Number w/Area Code: | (313) 303-3472 |
| City and State of Residence: | Bloomfield Hills, MI |
| Primary E-mail Address: | nsuciu@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joes D. Smith |
| Law Firm Name: | Bursor & Fisher, P.A. |
| Address: | 1990 North Carifornia Blvd |
| | Ste. 940 |
| City: | Walnut Creek    State: CA    Zip: 94596 |
| Phone Number w/Area Code: | (925) 300-4455    Bar # 244902 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 5, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE