# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, on behalf of herself and all others similarly situated, | Case No. 2:22-cv-00044-MCE-KJN |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT** |
| v. | |
| CHURCH & DWIGHT CO., INC., | |
| Defendant. | |

Upon consideration of the parties' Joint Motion to Enlarge Time for Defendant Answer First Amended Complaint, and finding good cause appears therefore,

IT IS HEREBY ORDERED THAT:

1.    The Joint Motion is granted; and

2.    Church & Dwight Co., Inc.'s deadline to answer the First Amended Complaint is enlarged to and including April 26, 2023.

**IT IS SO ORDERED.**

Dated:  April 11, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE