**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jsmith@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARI VANCE, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.<br><br>Defendant. | Case No. 2:22-cv-00044-MCE-KJN<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JOEL D. SMITH** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joel D. Smith will be leaving the law firm of Bursor & Fisher, P.A. shortly, and therefore withdraws his appearance as counsel for Plaintiff in the above-captioned matter. Plaintiff continues to be represented by the remaining counsel of record who have appeared for Plaintiff.

Dated: February 7, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *\/s/ Joel D. Smith*
Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jsmith@bursor.com

*Attorneys for Plaintiff*