MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
Nick Suciu III (admitted *pro hac vice*)
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
T: (313) 303-3472
nsuciu@milberg.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.<br><br>Defendant. | Case No. 2:22-cv-00044-MCE-KJN<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>Hon. Morrison C. England, Jr. |

Plaintiff Shari Vance and Defendant Church & Dwight Co., Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| Dated: February 9, 2024 | Respectfully submitted, |
| MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC | PROSKAUER ROSE LLP |
| */s/ Nick Suciu III*<br>Nick Suciu III (admitted *pro hac vice*)<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301<br>T: (313) 303-3472<br>nsuciu@milberg.com<br><br>Trenton R. Kashima (SBN 291405)<br>402 West Broadway, Suite 1760<br>San Diego, CA 92101 | */s/ Baldassare Vinti*<br>Baldassare Vinti (admitted *pro hac vice*)<br>Jeffrey H. Warshafsky (admitted *pro hac vice*)<br>11 Times Square<br>New York, NY 10036<br>T: (212) 969-3000<br>F: (212)969-2900<br>bvinti@proskauer.com<br>jwarshafsky@proskauer.com |

1  T: (619) 810-7047
   tkashima@milberg.com

2
   Rachel L. Soffin (*pro hac vice* pending)
3  3833 Central Ave.
   St. Petersburg, FL
4  T: (865) 247-0080
   rsoffin@milberg.com
5

6  BURSOR & FISHER, P.A.
   L. Timothy Fisher (SBN 191626)
7  Joel Smith (SBN 244902)
   1990 North California Blvd., Suite 940
8  Walnut Creek, CA 94596
   T: (925) 300-4455
9  F: (925) 407-2700
   ltfisher@bursor.com
10 jsmith@bursor.com

11
   Scott A. Bursor (SBN 276006)
12 701 Brickell Avenue, Suite 1420
   Miami, FL 33131
13 T: (305) 330-5512
   F: (305) 676-9006
14 scott@bursor.com

15 *Attorneys for Plaintiff*

Bart H. Williams (SBN 134009)
Jennifer L. Roche (SBN 254538)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
T: (310) 557-2900
F: (310) 557-2193
bwilliams@proskauer.com
jroche@proskauer.com

*Attorneys for Defendant*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

                                                        Hon. Morrison C. England, Jr.