UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI VANCE, | NO. **2:22−CV−00044−MCE−CSK** |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| CHURCH &AMP; DWIGHT CO., INC., | |
| Defendant. | |

The court, having considered the appointment of Magistrate Judge Chi Soo Kim, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Magistrate Judge Kendall J. Newman** to **Magistrate Judge Chi Soo Kim** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:    **2:22−CV−00044−MCE−CSK**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   April 2, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE